# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-251 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| MATTHEW KUCERA, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on 5/14/2021. Supplemental reports were filed in this case on 5/21/2021 and 9/22/2021. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on 9/29/2021. The defendant admitted to the following violations:

1. New Law Violation;
2. Diluted Urinalyses

The magistrate judge filed a report and recommendation on 9/29/2021, in which she recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

A final supervised release violation hearing was conducted on 10/21/2021. Present were the following: Assistant U.S. Attorney Vanessa Healy, representing the United States; Attorney James Michael Campbell, representing the defendant; the Defendant Matthew Kucera; and United States Probation Officer Matti L. Liebler.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

After receiving argument from the parties, the Court pronounced sentence as follows:

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 7 months with credit for time served to date. Upon release from custody, defendant is placed on supervised release for two (2) years, with the same terms and conditions of supervised release as previously ordered, and with the following additional condition: The defendant shall reside in a residential treatment center for up to 60 days.

**IT IS SO ORDERED**.

Dated: October 21, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**