# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-251-7 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| MATTHEW KUCERA, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on May 3, 2023[1]. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on June 13, 2023. The defendant admitted to the following violations:

1. Unauthorized Use of Alcohol and Drugs;
2. Unauthorized Use of Alcohol;
3. Unauthorized Use of Alcohol;
4. Unauthorized Use of Alcohol and Drugs; and
5. Unauthorized Use of Alcohol and Drugs.

The magistrate judge filed a report and recommendation on September 26, 2023, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, and 5.

---

[1] Supplemental Violation Reports containing updated information were filed on May 15, 2023, June 12, 2023, July 18, 2023, August 9, 2023, September 20, 2023, September 25, 2023, and October 6, 2023.

A final supervised release violation hearing was conducted on October 11, 2023. Present were the following: Assistant United States Attorney Aaron Howell, representing the United States; Attorney James Campbell, representing the defendant; the defendant Matthew Kucera and United States Probation Officer Valencia Small.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, and 5.

Sentencing in this case is continued until further order of the Court. The defendant's term of supervised release is set to expire on December 10, 2023. If the defendant does not commit any further violations between now and the expiration of his term of supervised release, his term of supervised release will be permitted to expire. If, however, defendant commits another violation prior to the expiration of his term of supervised release, the defendant's probation officer will promptly file a report notifying the Court of any such violation and, if the violation is established, the Court will promptly schedule a sentencing hearing.

**IT IS SO ORDERED**.

Dated: October 11, 2023

_____
**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**